UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| JULIO ENRIQUE RADA MOYA, | § <br> § |
| Plaintiff, | § <br> § |
| GARY CUTSINGER, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF KENDRICK CUTSINGER; AND PAMELA CUTSINGER, | § <br> § <br> § <br> § <br> § CIVIL ACTION NO. 1:11-cv-00458-SS |
| Intervenors, | § (JURY TRIAL) <br> § |
| VS. | § <br> § |
| FORD MOTOR COMPANY | § <br> § <br> § |
| Defendants. | § |

## ORDER OF DISMISSAL OF PLAINTIFF'S CLAIMS AGAINST FORD MOTOR COMPANY

On the date indicated below came on to be considered the Joint Stipulation of Dismissal by and between Plaintiff, Julio Enrique Rada-Moya, and Defendant, Ford Motor Company.

It is, THEREFORE, ORDERED by the Court that pursuant to the settlement of all claims by this Plaintiff against Ford Motor Company, Plaintiff's claims against Ford Motor Company are hereby dismissed with prejudice pursuant to Fed.R.Civ.P.41(a)(1), with costs taxed against the parties incurring same.

SIGNED: _____, 2012.

_____
UNITED STATES DISTRICT JUDGE

APPROVED AND AGREED
AS TO FORM AND SUBSTANCE:

SICO, WHITE, HOELSCHER & BRAUGH, L.L.P.
802 N. Carancahua, Ste 900
Corpus Christi, TX 78401
(361) 653-3300
(361) 653-333 (fax)



By: ____/s/ Brantley W. White_____
      Brantley W. White
      State Bar No. 00789722

ATTORNEYS FOR PLAINTIFFS



THOMPSON, COE, COUSINS & IRONS, L.L.P.
701 Brazos Avenue, Suite 1500
Austin, Texas 78701
512-708-8200
512-708-8777 TELECOPIER



By: ____/s/ Ronald D. Wamsted___
      Ronald D. Wamsted
      State Bar No. 20832000

ATTORNEYS FOR DEFENDANT
FORD MOTOR COMPANY